UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALLEN STEWART,<br><br>   Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Case No. 0:22-cv-00383-ECT-TNL<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

  NOTICE IS HEREBY GIVEN that Plaintiff Allen Stewart and Defendant Equifax Information Services, LLC have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Defendant Equifax Information Services, LLC. Plaintiff further requests that Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

1

RESPECTFULLY SUBMITTED this 1st day of April 2022,

By: *s/Jenna Dakroub*
Jenna Dakroub, MN # 0401650
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
E: jenna@pricelawgroup.com
Telephone: (818) 600-5513
Fax: (818) 600-5413
*Attorneys for Plaintiff,*
*Allen Stewart*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elika Ruintan*

2