UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALLEN STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA), N.A.;<br>and EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 0:22-cv-00383-ECT-TNL<br><br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

　　NOTICE IS HEREBY GIVEN that Plaintiff Allen Stewart, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his complaint against Defendants Capital One Bank (USA), N.A. and Equifax Information Services, LLC with prejudice.

　　Defendants Capital One Bank (USA), N.A. and Equifax Information Services, LLC have neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

　　There are no remaining defendants in this matter.

　　　　　　　　　　　　　　　　　　By: */s/ Jenna Dakroub*
　　　　　　　　　　　　　　　　　　Jenna Dakroub, MN # 0401650
　　　　　　　　　　　　　　　　　　**PRICE LAW GROUP, APC**
　　　　　　　　　　　　　　　　　　8245 N. 85th Way
　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　E: jenna@pricelawgroup.com
　　　　　　　　　　　　　　　　　　Telephone: (818) 600-5513
　　　　　　　　　　　　　　　　　　Fax: (818) 600-5413
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　*Allen Stewart*